Catherine Denise RANDOLPH,
Plaintiff–Appellant,

v.

Loretta E. LYNCH, United States Attorney General; Rod J. Rosenstein, Maryland U.S. Attorney, Department of Justice, et al., Defendants–Appellees.

No. 15–1606.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 19, 2015.

Catherine Denise Randolph, Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph seeks to appeal the district court's order granting her leave to proceed in forma pauperis, denying her motion to amend her complaint, and ordering her to show cause why she should not be enjoined from instituting new filings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Randolph seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*